IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-02010-RBJ

BRIAN SUTHERLAND,

     Plaintiff,

v.

ROAD BEAR RV RENTAL AND SALES,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER having come before the Court on the parties' Stipulated Motion for Dismissal with Prejudice, and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that the motion is GRANTED. All claims in the above-captioned matter are dismissed with prejudice, each party to bear his or its own attorneys' fees and costs.

DATED this 2nd day of October, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge